Mr. Gregory C. Jones 15052-076
Federal Correctional Institute Hazelton
P.O.B. 5000
Bruceton Mills, West Virginia 24525

RECEIVED

APR 23 2024

Wendy R Oliven, Clerk
U.S. District Court
W.D. OF TN, Memphis

United States District Court
Western District of Tennessee
Attention: Office Of The Clerk
167 North Main Street
Memphis, Tennessee 38103

April 16, 2024

Ré: United States v. Gregory C. Jones
Orig. Cs. No. 03CR20042-01

Sir/Madam,

This letter is to inform you of the change in my address of record. On March 12, 2024, I was transferred from Federal Institute McDowell, located in Welch, West Virginia to: Federal Correctional Institute Hazelton, located in Bruceton Mills, West Virginia (address noted in heading of this letter. Please forward all correspondance related to the aforementioned Case Number to this new address.

Respectfully,

Gregory C. Jones
15052-076